B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Eastern District Of Pennsylvania (Philadelphia)

In re  Marcus Haves ,           Case No.  16-16375

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Cerastes, LLC | Lendmark Financial Services, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Cerastes, LLC
C/O Weinstein & Riley, P.S.
2001 Western Ave, Ste 400
Seattle, WA 98121

Phone:  (877) 332-3543
Last Four Digits of Acct #:  4578

Name and Address where transferee payments should be sent (if different from above):

Cerastes, LLC
C/O Weinstein & Riley, P.S.
P.O. Box 3978
Seattle, WA 98124-3978

Phone:  (877) 332-3543
Last Four Digits of Acct #:  4578

Court Claim # (if known):  4
Amount of Claim:  $1591.12
Date Claim Filed:  November 21, 2016

Phone:
Last Four Digits of Acct #:  4578

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Devon Gray, Supervisor                Date:  November 16, 2017
       Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.*