**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|     Marcus Hayes | : | Chapter 13 |
| | : | Case No. 16-16375-ELF |
|     Debtor(s) | : | |

## **O R D E R**

AND NOW, this ____ day of _____ 2022, upon consideration of the Motion to Vacate the December 23, 2021 Order Closing the Chapter 13 Case without Discharge, it is hereby;

ORDERED and DECREED that the motion is GRANTED and the Order Closing the Chapter 13 Case without Discharge is hereby VACATED.

FURTHER ORDERED:

_____
HONORABLE ERIC L. FRANK
U.S. BANKRUPTCY JUDGE