IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Marcus Hayes | : | Chapter 13 |
| | : | Case No. 16-16375-ELF |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

I Brad J. Sadek, Esq. certify that on the date indicated below I served a true and correct copy of the *Motion to Vacate the Order Dismissing the Chapter 13 Case* by Regular US Mail or electronic means on all creditors and the following parties:

| | |
|---|---|
| **Kenneth E. West, Esq.**<br>Standing Chapter 13 Trustee<br>*Electronic service* | **Kristen D. Little, Esq.**<br>Counsel for Creditor *JPMorgan Chase Bank*<br>*Electronic service to pabk@logs.com* |
| **Nissan Motor Acceptance**<br>Creditor<br>*Electronic service to BKPOC@NMAC.com* | **U.S. Dept. of Education**<br>U.S. Mail to<br>PO Box 8973 Madison, WI 53708 |
| **Capital One Bank N.A.**<br>*c/o American InfoSource LP*<br>*Electronic service to*<br>*POC_AIS@americaninfosource.com* | **Oak Harbor Capital Opportunities Fund V, LP**<br>Creditor, *c/o Weinstein & Riley, P.S.*<br>U.S. Mail to<br>2001 Western Ave, Ste 400<br>Seattle, WA 98121 |
| **Ashley Funding Services, LLC; LVNV Funding, LLC.**<br>Creditors; *c/o Resurgent Capital Services*<br>*Electronic Service to askbk@resurgent.com* | **Wells Fargo Bank, N.A.**<br>Creditor<br>*Electronic service to*<br>*wfcardsBKY@wellsfargo.com* |

Dated: December 29, 2021

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107